**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (CA 175421)
yar.chaikovsky@whitecase.com
ANDY LEGOLVAN (CA 292520)
andy.legolvan@whitecase.com
AMIR JABBARI (CA 339097)
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

ANNA B. NAYDONOV (*pro hac vice forthcoming*)
anna.naydonov@whitecase.com
MARK DAVIES (*pro hac vice forthcoming*)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for
Defendant Anthropic PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>            Defendant. | Case No.  3:26-cv-4218<br><br>**NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12(b))** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that an Administrative Motion to Consider Whether Cases Should Be Related has been filed at ECF No. 656 in *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-AMO (N.D. Cal.). A true and correct copy of that Administrative Motion is attached hereto as **Exhibit A** pursuant to Local Rule 3-12(b).

Dated: May 8, 2026                                    WHITE & CASE LLP

                                                      By:    */s/ Yar R. Chaikovsky*

                                                      Yar R. Chaikovsky
                                                      Anna B. Naydonov
                                                      Mark Davies
                                                      Andy LeGolvan
                                                      Amir Jabbari

                                                      *Attorneys for Defendant Anthropic PBC*

- 1 -