UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Chicken Soup for the Soul, LL    ,

Plaintiff(s),

v.

Anthropic PBC                    ,

Defendant(s).

Case No. 4:26-cv-04218-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Anna Balishina Naydonov , an active member in good standing of the bar of U.S. District Court for the District o , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Anthropic PBC               in the above-entitled action. My local co-counsel in this case is Yar R. Chaikovsky           , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 175421           .

701 Thirteenth St,  Northwest
Washington, DC 20005-3807
MY ADDRESS OF RECORD

3000 El Camino Real, 2 Palo Alto Square,
Suite 900, Palo Alto, CA 94306-2109
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-637-6197
MY TELEPHONE # OF RECORD

650-213-0320
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

anna.naydonov@whitecase.com
MY EMAIL ADDRESS OF RECORD

yar.chaikovsky@whitecase.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 980910         .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1      times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  6/26/2026

Anna Naydonov
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Anna Naydonov  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:       6/26/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                                           2



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Anna Balichina Naydonov*

*was duly qualified and admitted on July 8, 2011 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on June 22, 2026.**

*JULIO A. CASTILLO*
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Anna Sergeyevna Naydonov

was admitted to practice as an attorney and counsellor at the bar of this Court on

November 3, 2010.

I further certify that so far as the records of this office are

concerned, Anna Sergeyevna Naydonov is a member of the bar of this Court

in good standing.

Witness my hand and seal of said Court

This 15th day of December

A.D. 2025

By: _____

Deputy Clerk